FILE COPY



# Court of Appeals

**Seventh District of Texas**
**Potter County Courts Building**
**501 S. Fillmore, Suite 2-A**
**Amarillo, Texas 79101-2449**
**www.txcourts.gov/7thcoa.aspx**

BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

PATRICK A. PIRTLE
Justice

VIVIAN LONG
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

June 22, 2017

Kathryn H. Gurley
District Attorney
287th Judicial District
P.O. Box 729
Friona, TX 79035
* DELIVERED VIA E-MAIL *

Julie Goen Panger
THE KIECHLER LAW FIRM PLLC
619 Broadway
Lubbock, TX 79401
* DELIVERED VIA E-MAIL *

**RE:** Case Numbers: 07-16-00465-CR, 07-16-00466-CR, 07-16-00467-CR, 07-16-00468-CR
Trial Court Case Number: 2900

**Style:** Alexander Eli Martinez v. The State of Texas

Dear Counsel:

The State's brief was filed on Wednesday, June 21, 2017.

Very truly yours,

*Vivian Long*

VIVIAN LONG, CLERK